# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHER DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| **DAVID MACOMBER** | CL No:  3:14-cv-00077-RAW |
| Plaintiffs, | |
| vs. | |
| **DES MOINES COUNTY, IOWA AND DES MOINES COUNTY SECONDARY ROADS DEPARTMENT,** | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

**COMES NOW** the parties by and through their attorneys, and state to this Court that all matters in dispute between the parties to the above-captioned lawsuit having been satisfactorily compromised and settled:

**THEREFORE**, Plaintiff moves for the above captioned cause and to be dismissed with prejudice, without costs to either party, all costs have been paid and each party is responsible for their own attorney fees.

DAVID MACOMBER, Plaintiff

By: */s/Jill Zwagerman*
  Jill M. Zwagerman AT0000324
  Newkirk Zwagerman, P.L.C.
  515 East Locust Street, Suite 300
  Des Moines, IA  50309
  (515) 883-2000
  (515) 883-2004 (facsimile)
  jzwagerman@newkirklaw.com
NEWKIRK ZWAGERMAN, P.L.C.

And

DES MOINES COUNTY, IOWA AND DES MOINES COUNTY SECONDARY ROADS DEPARTMENT, Defendants

By: */s/Cynthia S. Sueppel*
  Cynthia S. Sueppel
  225 Second Street SE
  Law Building, Suite 200
  P.O. Box 36
  Cedar Rapids, IA 52406-0036

ATTORNEY FOR DEFENDANTS

Cynthia A. Miller   AT0005382
cmiller@driowa.org
400 East Court Avenue, Suite 300
Des Moines, IA 50309
Telephone:  (515) 278-2502
Fax:  (515) 278-2502
DISABILITY RIGHTS IOWA

ATTORNEYS FOR PLAINTIFF